## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Creditninja Lending, LLC

                        Plaintiff,

v.                                                   Case No.: 1:23−cv−13786

                                                  Honorable Mary M. Rowland

United States Small Business Administration, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 10, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff has filed two motions at Dkts. [5] and [7]. The motions appear to be pro hac vice motions but there is no indication that the filing fee was paid. Plaintiff's motions are denied without prejudice. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.